CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKs

MAR 03 2009

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT J. HAWKINS,<br>Plaintiff, | ) ) ) | Civil Action No. 7:09-cv-00048 |
| v. | ) ) ) | **ORDER** |
| NORTHWESTERN REGIONAL<br>ADULT DETENTION CENTER,<br>Defendant. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that Hawkins' complaint is **DISMISSED** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 3rd day of March, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge